# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMMANUEL E. SEWELL | * | |
|    Plaintiff | * | |
|       v | * | Civil Action No. DKC-11-614 |
| WARDEN | * | |
|    Defendant | * | |

*************************************************************************

| | | |
|---|---|---|
| EMMANUEL E. SEWELL | * | |
|    Plaintiff | * | |
|       v | * | Civil Action No. DKC-11-632 |
| WARDEN | * | |
|    Defendant | * | |

***

## MEMORANDUM OPINION

The above-captioned cases were filed on March 8, 2011, and reference *Sewell v. Rowley, et al.*, Civil Action DKC-09-693 (D. Md.), which is now closed. The cases appear to overlap inasmuch as Plaintiff alleges in the papers filed that he is suffering retaliatory actions at the hands of prison officials as a result of litigating the prior case, including allegations of food poisoning, harsh conditions of confinement, and improper disposal of legal materials. ECF No. 1. In order to conserve judicial resources, the two cases will be consolidated under Civil Action DKC-11-614.

Plaintiff will be required to supplement the papers filed to clarify the details of the claims and to list the Defendants against whom the claims are raised. Additionally, Plaintiff must either pay the $350 filing fee or file a Motion to Proceed in Forma Pauperis before the case may proceed. Pre-printed forms will be provided to Plaintiff for purposes of supplementing the filings in this case. Plaintiff is reminded to note Civil Action DKC-11-614 on the form and in all

future filings.  He is forewarned that failure to supplement the pleadings will result in dismissal of the case without prejudice and without further notice.

Accordingly, the cases will be consolidated and Plaintiff will be directed to file a supplement encompassing both cases using pre-printed 1983 civil rights forms.  A separate Order follows.


Date:   March 15, 2011                                        /s/
                                                DEBORAH K. CHASANOW
                                                United States District Judge